FILED

08 JUL 28 AM 11: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>Efrain CHAVEZ-Gamboa,<br><br>                    Defendant. | Magistrate Case No.:<br><br>**'08 MJ 2296**<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about July 27, 2008, within the Southern District of California, defendant Efrain CHAVEZ-Gamboa did knowingly and intentionally import approximately 39.10 kilograms (86.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____ s/4
Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS TWENTY EIGHT DAY OF JULY 2008.

_____
JAN M. ADLER
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                    v.
Efrain CHAVEZ-Gamboa

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Sara Galvan.

On July 27, 2008, at approximately 1137 hours, Efrain CHAVEZ-Gamboa entered the United States from Mexico at the Calexico, CA West Port of Entry. CHAVEZ was the driver and sole occupant of a 1995 Ford F-150 XL Pickup with state of California license plateP36255.

Customs and Border Protection Officer (CBPO) R. Galaviz was assigned primary inspectional duties at the Calexico West Port of Entry. As CHAVEZ approached the primary booth, CBPO Galaviz received a negative Customs declaration. CBPO Galaviz asked CHAVEZ where he was going and he stated he was going to Los Angeles, CA after visiting friends in Mexicali, B.C. Mexico for a couple of days. CBPO Galaviz asked CHAVEZ who the vehicle belonged to and CHAVEZ stated it was his. CBPO Galaviz stated that he observed how CHAVEZ appeared nervous and in a hurry. CBPO Galaviz referred CHAVEZ and the vehicle to secondary for a more intensive inspection.

While CHAVEZ was referred to secondary, United States Border Patrol Canine Agent A. Simone was conducting a lot sweep. The canine alerted to the vehicle CHAVEZ was driving. At this point, CBPO J.M. Carp received a negative Customs declaration from CHAVEZ who claimed he was visiting girls in Mexicali, B.C. Mexico and was en route to Los Angeles, CA. CBPO Carp asked CHAVEZ if the vehicle belonged to him and he responded it did. CBPO conducted a more through search of the vehicle, which revealed several packages in the bed of the truck. The packages were wrapped in clear cellophane plastic, and brown postal tape. CBPO Carp extracted a total of sixty (60) packages from the vehicle. CBPO Carp randomly probed a

package that produced a green leafy substance that tested positive for marijuana.   The total

weight of the packages was 39.10 kilograms (86.02 pounds) of marijuana.