FILED

AUG 26 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2831-JM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| EFRAIN CHAVEZ-GAMBOA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 27, 2008, within the Southern District of California, defendant EFRAIN CHAVEZ-GAMBOA, did knowingly and intentionally import approximately 39.10 kilograms (86.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 26, 2008.

KAREN P. HEWITT
United States Attorney

/s/ James Parks for
JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:San Diego
8/8/08