AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| EFRAIN CHAVEZ-GAMBOA | CASE NUMBER: 08CR2831-JM |

    I, <u>EFRAIN CHAVEZ-GAMBOA</u>, the above named defendant, who is accused of committing the following offense(s) (CtO.) Marijuana SP E.Ch G

Importation of, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _August 26, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Efrain Chavez
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer