# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HON. JEFFREY MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-2831-JM |
| Plaintiff, | **ORDER AUTHORIZING INTERIM PAYMENTS TO ATTORNEY UNDER THE CRIMINAL JUSTICE ACT** |
| v. | |
| EFRAM CHAVEZ-GAMBOA, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that interim payments be made to attorney, Carolyn L. Oliver, under the Criminal Justice Act;

IT IS SO ORDERED.

DATED: October 30, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge