1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. JEFFREY MILLER)**

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-2831-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | **CONTINUING SENTENCING** |
| EFRAM CHAVEZ-GAMBOA, | ) | Judge: Jeffrey Miller |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned case is continued from December 5, 2008 at 9:00 a.m. to ***January 09, 2009 at 9:00 a.m.***

IT IS SO ORDERED.

DATED: November 24, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

08-CR-2831-JM